UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                    Case No.  07-cr-11-01/02/03-SM

<u>Tai Tuan Nguyen,</u>
<u>Nu T. Tran, and</u>
<u>Quoc My Tran</u>

## C O R R E C T E D   O R D E R

Defendant Nu Tran's motion to continue the final pretrial conference and trial is granted (document 16). Trial has been rescheduled for the June 2007 trial period. Defendant Nu Tran shall file a waiver of speedy trial rights not later than March 23, 2007. On the filing of such waiver, this continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** May 24, 2007 at 4:00 p.m.

**Jury Selection**: June 5, 2007 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

February 22, 2007

cc:   James D. Gleason, Esq.
      Michael Iacopino, Esq.
      Michael R. Smith, Esq.
      Jennifer C. Davis, AUSA
      US Probation
      US Marshal